IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENJAMIN W. FAWLEY,

    Petitioner,

v.                                         No. CV 18-943 MV/CG

DAVID JABLONSKI, SECRETARY, N.M.C.D.,
et al.,

    Respondents.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner's habeas corpus petition, (Doc 1), filed October 10, 2018. The Court determines that Petitioner's submission is deficient because Petitioner has not paid the $5 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must cure this deficiency by November 14, 2018, by *either* paying the full $5 filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs with a certified copy of Petitioner's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency by November 14, 2018, may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that, by **November 14, 2018**, Petitioner *either* pay the full $5 filing fee *or* submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Petitioner's inmate account statement for the 6-month period immediately preceding this filing.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Petitioner a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE